UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:11-00247 |
| | ) | JUDGE SHARP |
| JOEL SEBASTIAN-FRANCISO | ) | |

## O R D E R

Pending before the Court is Unopposed Motion to Continue Sentencing Hearing (Docket No. 27).

The motion is GRANTED and the hearing scheduled for August 3, 2012 is hereby rescheduled for August 27, 2012 at 1:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE